IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRENA WOJCIK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-17-3198 |
| | § | |
| MEMORIAL HERMANN | § | |
| HEALTH SYSTEM, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the court's order signed October 3, 2019 (Dkt. 51), defendant Memorial Hermann Health System's motion for summary judgment (Dkt. 36) is **GRANTED**.[1] Final judgment is entered in favor of Memorial Herman Health System.

Signed in Houston, Texas on October 3, 2019.

_____
Gray H. Miller
Senior United States District Judge

---

[1] This order also denied plaintiff Irena Wojcik's opposed motion to supplement summary judgment record. Dkt. 47.